AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| GARDENS OF THE ANCIENTS, a Sole Proprietorship, and NATHANIEL SCHANZLE, an Individual,<br><br>*Plaintiff(s)*<br>v.<br>VICTOR WONG, VICTORIOUS UNLIMITED LLC a/k/a Serenity Herbal, a/k/a Garden of the Ancients, a Limited Liability Company,<br>*Defendant(s)* | Civil Action No. 1:25-cv-856 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VICTOR WONG
c/o Victorious Unlimited, LLC
4800 East Yager Lane
Manor, TX 78653

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katie Charleston, Esq.
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| GARDENS OF THE ANCIENTS, a Sole Proprietorship, and NATHANIEL SCHANZLE, an Individual,<br><br>*Plaintiff(s)*<br>v.<br>VICTOR WONG, VICTORIOUS UNLIMITED LLC a/k/a Serenity Herbal, a/k/a Garden of the Ancients, A Limited Liability Company,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-856 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VICTORIOUS UNLIMITED, LLC
c/o Victor Wong, Registered Agent
4811-B E. Oltorf Street
Austin, TX 78741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katie Charleston, Esq.
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                                  *Signature of Clerk or Deputy Clerk*